IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Peter A. Poulos, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv827 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| PNC Bank, NA, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on February 25, 2013 (Doc. 11), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 14, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 5) is **GRANTED**.  This case is hereby **TERMINATED** on the docket.

IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Chief Judge Susan J. Dlott
                                                  United States District Court